1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDUARDO D. LIBRES, an individual,

          Plaintiff,

v.

BANK OF AMERICA et al.,

          Defendants.

2:11-CV-115 JCM (LRL)

**ORDER**

Presently before the court is plaintiff's motion for enlargement of time in which to respond to defendant's motion for judgment on the pleadings (doc. #21). (Doc. #22). Plaintiff is proceeding *pro se* and allegedly requires more time to deal with the "extra-ordinary demands of litigation." He submits that as a *pro se* litigant, he requires more time than a lawyer.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for enlargement of time (doc. #22) be, and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that plaintiff shall have until August 1, 2011, in which to respond to defendant's motion for judgment on the pleadings (doc. #21).

DATED July 26, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**