# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO D. LIBRES, an individual, | 2:11-CV-115 JCM (LRL) |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA et al., | |
| Defendants. | |

## ORDER

Presently before the court is plaintiff's motion for enlargement of time in which to respond to defendant's motion for judgment on the pleadings (doc. #21). (Doc. #28). Plaintiff is proceeding *pro se* and states that he was "stranded in the Philippines during his visit for [a] family emergency." Plaintiff represents that while he was in the Philippines, a typhoon occurred, requiring him to reschedule his flight.

The court has already granted plaintiff one extension of time to file a response to defendant's motion for judgment on the pleadings. However, good cause appearing, the court will grant plaintiff a final extension.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for enlargement of time (doc. #28) be, and the same hereby is, GRANTED;

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff shall have until August 29, 2011, in which to
2  respond to defendant's motion for judgment on the pleadings (doc. #21).
3  DATED August 17, 2011.

  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -